UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                      CIVIL ACTION NO.: 00-74144

LAMONT J. HORSLEY           HON. George Caram Steeh

        Defendant,
and

**ARAMARK SERVICES INC.**

        Garnishee.
_____/

**ORDER REGARDING GARNISHMENT OF ARAMARK SERVICES INC.**

Plaintiff, the United States of America having filed and served its garnishment against Garnishee, ARAMARK SERVICES INC. as to defendant, Lamont J. Horsley; a hearing held on January 5, 2015 and the court adequately advised:

**IT IS HEREBY ORDERED that:**

1. Lamont J. Horsley shall remit to: U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363, $125.00 dollars per week starting second pay period after entry of this order until the balance owed on the Judgment is paid in full.

2. The garnishment issued against the principal defendant, Lamont J. Horsley, Social Security number XXX-XX-3411 is withdrawn, and Garnishee is released from further liability in connection with this garnishment.

3. If any payment of $125.00 dollars per week is missed with a 10 day grace period the United States of America shall be allowed to commence garnishment proceedings without further notice.

4. Should payment be missed and garnishments commence there shall be no further payment arrangements unless agreed to by the United States of America.

s/George Caram Steeh<br>UNITED STATES DISTRICT JUDGE

Dated: January 8, 2015